**Order entered December 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00755-CV

## IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

Before the Court is appellant's second motion for an extension of time to file her opening brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than January 30, 2020. We caution appellant that further extension requests will be disfavored.


/s/      ERIN A. NOWELL
JUSTICE